Slavic Comnuenity Center
2999 Fulton Ave.
Sacramento, CA 95821

**FILED**

APR 19 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

United States District Court
Eastern District State of
California.

2:18-CV-0971 JAM GGH PS

Liudmyla IEGOROVA
Petitioner

18 U.S. Code § 241

18 U.S. Code § 1113

Light House
Apartments
Respondent

# Statement of Facts.

Petitioner victim of multiple crimes manager Fairwood Apartments under US Code § 241. Petitioner filed case against manager Fairwood Apartments due violation privacy Ms. Iegorova. Ms. Iegorova find manager in bedroom Ms. Iegorova on second floor with video recording device. Petitioner find FLASH light in bedroom Ms. Iegorova sleeping in May 17, 2017, Manager community enter residence Petitioner with house master. Ms. Iegorova got stress, Petitioner demanded to stop elligal actions manager Ms. Trush. Petitioner has sigh on the door do not enter. Manager same day at 5pm posted notice for unspection unit. Ms. Trush never call before entering Petitioner residence.
Petitioner got stress because night video Recording

1

Resident Shamray. MR Shamray did video record Ms. IEGOROVA at 10 pm (22:00). Multiple witnesses did see elligal entering property by managment, when resident IEGOROVA, outside community Fairwood for doctor visits or meeting with friends in church, shopping for food, staying in American River PARK. Manager stole microwave oven and parts for blender. Ms. IEGOROVA did not recieve mail. Manager refuse to change post box locker. Ms. IEGOROVA never order Russian Newspaper. Manager did wait 8 years and Manager did change balcony windows near street in last after she changed windows in queit area apartment community. Manager trush send man 50 years old and woman 50 years old, to Petitioner to see this people new residence in 2015. Manager community continue crimes against Petitioner on April 18, 2018.

2.

without any Court documents posted on door en Notice to vacate without Court Summons and hearings.

Petitioner recieved by mail Petitioner rent cheks from manager office on April 11, 2018. (see exhibits)

Petitioner asking Federal Court Eastern District State of California to order stop Rude violation Privacy and crimes against life Ms. IEGOROVA, crimes against property.

Petitioner mail letter and Faxemile to Kimball Attorney office on 2300 Clayton Road, Suite 1350, Concord, CA 94520.

Petitioner Requesting 5 tRillion dollars Damages to life, nealth and personal property from Attorney Ms. TRUSH BAR# 307286 Laurie Li.   Dated: 04.19.2018

Liudmyla IEGOROVA - [signature]

Exhibit #1



Slavic Community Center
2999 Fulton Ave. 2nd floor.
Sacramento, CA 95821

Laurie L.
Kimball, Tirey st John LLP
2300 Clayton Road, suite 1350
Concord CA 94520

Attorney Ms Iegorova on April 18, 2018: phone (916)642-6131. Mr. Yegorov Petitioner in Federal Court Eastern District State of California filed case against Lighthouse Carmichael Fairwood Apartments, and manager Trush. In response to Federal Court documents under U.S. Code §241 and Attemp to murder, by elligal emigrants from USSR covered on property commuenity by manager citizen Russia Trush Nadezda: Petitioner recieved notice to Vacate without any documents for eviction and Court hearing summon, on 04.18.2018 Dear Laurie Li BAR #307286, I will File case for gang relating crime against Ms. Iegorova (blind Refugee 76 years old, with protecting supervision forms sish by Sac. Coeunty professionales). This case in Federal Court will be with your name as Respondent if you do not stop elligal action. Manager Trush return check, Francis house 02.03.2018 and rent checks on April 10, 2018. Thank You. With Respect.

EXHIBIT #2

Slavic Community Center
2999 Fulton Ave #2nd floor
Sacramento, CA 95608

Manager Trush
Fairwood Apartments
8893 Fair Oaks Blvd
Carmichael, CA 95608



04.11.2018.

Dear Ms. Trush.

I requested to change my mail box locker due to stolen letters and Russian newspapers in my box, I never order Russian newspapers. After your return from Russia you mail my rent checks to my address. You mail on 04.11.2018 my rent checks for February, March and April 2018. You continue harrassing blind resident with verbal abuse Gennadiy regarding garbage elligal emmigrants from USSR, not my garbage, this crime is under U.S. Code Conspiracy. Same as Rent ($2000.00) checks in 2015 and Rent check in 2018, Return by mail. Please provide me with copy my file.

Refugee from Ukraine, city Kiev Ms. Tegorova
With Respect.    Ms. Tegorova

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Liudmyla Iegorova<br>8913 Fair Oaks Boulevard #E<br>Carmichael, CA 95608<br><br>EMAIL: | Sacramento County Sheriff's Office<br>Sheriff's Civil Bureau<br>3341 Power Inn Road, #313<br>Sacramento, CA 95826-3889<br><br>(916) 875-2665<br>Fax: (916) 875-2664 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>Sacramento Co. Superior Court-301 UD<br>301 Bicentennial Cir<br>Sacramento, CA 95826 | California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Lighthouse Carmichael Fair Oaks L.P.<br>DEFENDANT:<br>Liudmyla Tegorova | COURT CASE NO:<br><br>18UD01289 |
| **Notice to Vacate** | LEVYING OFFICER FILE NO:<br>2018009248 |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| **Eviction Address:** | 8913 Fair Oaks Boulevard #E<br>Carmichael, CA 95608 |
|---|---|
| **Final notice is hereby given that possession of the property must be turned over to the landlord on or before:** | **Tuesday, April 24, 2018  06:01 am** |

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked unless the eviction is the result of a foreclosure.



Scott R. Jones
Sheriff

D. GURNABY #1133

By: _____
Sheriff's Authorized Agent

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO | FOR COURT USE ONLY |
|---|---|
| NAME: Laurie Li,      Bar # 307286 <br> FIRM NAME: Kimball, Tirey & St. John LLP <br> STREET ADDRESS: 2300 Clayton Road, Suite 1350 <br> CITY: Concord    STATE CA   ZIP CODE: 94520 <br> TELEPHONE NO.: (800) 525-1690   FAX NO. (925) 942-1694 <br> E-MAIL ADDRESS: <br> ATTORNEY FOR (name): Plaintiff <br> [X] ORGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento <br> STREET ADDRESS: 301 BICENTENNIAL CIRCLE <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SACRAMENTO, CA 95826 <br> BRANCH NAME: CAROL MILLER JUSTICE CENTER | |
| Plaintiff: Lighthouse Carmichael Fair Oaks L.P. <br> Defendant: Liudmyla Iegorova | CASE NUMBER: <br> 18UD01289 |
| **WRIT OF**  [ ] EXECUTION (Money Judgment) <br> [X] POSSESSION OF  [ ] Personal Property <br>                       [X] Real Property <br> [ ] SALE | [X] Limited Civil Case <br> (including Small Claims) <br> [ ] Unlimited Civil Case <br> (including Family and Probate) |

1. To the Sheriff or Marshal of the County of: Sacramento
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Lighthouse Carmichael Fair Oaks L.P.
   is the [X] original judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   Liudmyla Iegorova
   8913 Fair Oaks Boulevard
   #E
   Carmichael, CA 95608

   [ ] Additional judgment debtors on next page

5. Judgment entered on (date): 04/11/2018
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
    For Items 11–17, see form MC-012 and form MC-013-INFO

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 0.00 |
| 12. Costs after judgment (CCP 685.090) | $ | 0.00 |
| 13. Subtotal (add 11 and 12) | $ | 0.00 |
| 14. Credits to principal (after credit to interest) | $ | 0.00 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 0.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | 0.00 |
| 17. Fee for issuance of writ | $ | 25.00 |
| 18. Total (add 15, 16, and 17) | $ | 25.00 |

19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) ............ $
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) .................... $

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): 04/12/2018    Clerk, by _Lloyd Connelly_  _J. Rogers_, Deputy

(FILED ELECTRONICALLY)

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use <br> Judicial Council of California <br> EJ-130 [Rev. January 1, 2016]   CEB Essential Forms  ceb.com

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010 <br> Government Code, § 6103.5 <br> www.courts.ca.gov

18-7079324

EJ-130

| Plaintiff: Lighthouse Carmichael Fair Oaks L.P. | CASE NUMBER: |
| Defendant: Liudmyla Iegorova | 18UD01289 |

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.





Slavic Community Center
Fulton Ave. 2979
Sacramento, CA 95821

United States District Court
Eastern District state of California

Lindmyla IEGOROVA
Petitioner

Light House
Apartments
Respondent

Proof of
Service

18 U.S. Code
§ 241

18 U.S. Code
§ 1113

I did mail Court Documents to Attorney Laurie Li, BAR # 307286 on 04.19.2018

Lindmyla IEGOROVA —