## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                          **JUDGMENT IN A CIVIL CASE**

**LIUDMYLA IEGOROVA,**

                                                          CASE NO: **2:18–CV–00971–JAM–GGH**

                  v.

**LIGHT HOUSE APARTMENTS,**

_____

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/28/18**

                                                    **Marianne Matherly**
                                                    Clerk of Court

    ENTERED:  **September 28, 2018**

                                          by: /s/ A. Kastilahn_____
                                                    Deputy Clerk